BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:11-mj-00115 KJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| MICHAEL HERNANDEZ, and JESUS RODRIGUEZ GARIBAY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Michael HERNANDEZ, by and through his counsel Jeff Staniels, Esq., and defendant Jesus Rodriguez GARIBAY, by and through his counsel, Ron Peters, Esq., that good cause exists to extend the preliminary hearing currently set for May 4, 2011, at 2:00 p.m. to May 13, 2011, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because initial discovery has been provided to the defense and the parties are engaged in talks

1

regarding a pre-indictment resolution of the case against the defendant.  As a result, the defendants agrees that a continuance of the preliminary hearing date will not prejudice them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant.

Counsel further stipulate that an exclusion of time from May 4, 2011, to May 13, 2011, is appropriate under the Speedy Trial Act because the government has provided discovery and counsel for each defendant need time to review it.  In addition, the defendant and his counsel are working toward mitigation of any ultimate federal sentence imposed in this case.  As a result, counsel for both defendants stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

DATED: May 3, 2011         /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney

DATED: May 3, 2011         /s/Jason Hitt
                           JEFF STANIELS, ESQ.
                           Counsel for defendant Michael HERNANDEZ
                           Authorized to sign for
                           Mr. Staniels on 05-03-2011

DATED: May 3, 2011         /s/Jason Hitt
                           RON PETERS, ESQ.
                           Counsel for defendant Jesus GARIBAY
                           Authorized to sign for
                           Mr. Peters on 05-04-2011

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for May 4, 2011, to May 13, 2011, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 13, 2011. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

DATED: May 4, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE