1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ANTHONY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-214 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| MICHAEL ANTHONY HERNANDEZ, JESUS RODRIGUEZ GARIBAY | Date: August 9, 2011 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for August 9, 2011, be vacated and the matter continued to September 20, 2011, to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial.

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of defense preparation which is

diligently proceeding apace and given the availability of government and defense counsel during this intervening period, and that the time from August 9, 2011, through September 20, 2011, therefore should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Dated: August 8, 2011  /S/ Jason S. Hitt
Jason S. Hitt
Assistant United States Attorney
Counsel for Plaintiff

Dated: August 8, 2011  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
MICHAEL ANTHONY HERNANDEZ

Dated: August 8, 2011  /S/ Michael E. Platt
Counsel for Defendant
JESUS RODRIGUEZ GARIBAY

**O R D E R**

Based on the representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED.

**IT IS SO ORDERED.**

By the Court,

Dated: August 8, 2011  /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

Stipulation and Proposed Order  -2-