```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL ANTHONY HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-214 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| MICHAEL ANTHONY HERNANDEZ, JESUS RODRIGUEZ GARIBAY | Date: January 10, 2012 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for January 10, 2012, be vacated and the matter continued to March 6, 2012 at 1:30 p.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial. Additionally, government counsel has ordered his agents to produce further information responsive to an outstanding discovery by counsel for Mr. Hernandez. Counsel for Mr. Garibay has also advised that he must travel out of the district to attend to an urgent family medical situation as soon as possible

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of defense preparation which is proceeding apace and given the availability of government and defense counsel during this intervening period, and that the time from January 10, 2012, through March 6, 2012. For those reasons the court finds that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a speedy trial. Time therefore should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED**.

Dated: January 6, 2012　　　/S/ *Jason S. Hitt*
　　　　　　　　　　　　　　　Jason S. Hitt
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: January 6, 2012　　　/S/ *Jeffrey L. Staniels*
　　　　　　　　　　　　　　　Jeffrey L. Staniels
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　MICHAEL ANTHONY HERNANDEZ

Dated: January 6, 2012　　　/S/ *Michael E. Platt*
　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　JESUS RODRIGUEZ GARIBAY

**O R D E R**

Based on the representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED.

**IT IS SO ORDERED.**

By the Court,

Dated: January 9, 2012    /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Judge

Stipulation and Proposed Order    -3-