1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   MICHAEL ANTHONY HERNANDEZ
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-214 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| MICHAEL ANTHONY HERNANDEZ, JESUS RODRIGUEZ GARIBAY | Date: April 3, 2012<br>Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, Michael Pratt, counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for April 3, 2012, be vacated and the matter continued to May 8, 2012 at 9:30 a.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial.  Additionally, government counsel's previous agreement to direct his agents to produce further information responsive to an outstanding discovery by counsel for Mr. Hernandez.

///

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of defense preparation which is proceeding apace and given the unavailability of the government's principal case agent during this intervening period. For those reasons the court is requested to find that the interests of justice served by granting this continuance from April 3, 2012, through May 8, 2012 outweigh the interests of the defendant and the public in a speedy trial. Time therefore should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 2, 2012     /S/ *Jason S. Hitt*
Jason S. Hitt
Assistant United States Attorney
Counsel for Plaintiff

Dated: April 2, 2012     /S/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
MICHAEL ANTHONY HERNANDEZ

Dated: April 2, 2012     /S/ *Michael E. Platt*
Counsel for Defendant
JESUS RODRIGUEZ GARIBAY

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the

Stipulation and Proposed Order -2-

interests of the defendants and the public in a speedy trial.  The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from April 3, 2012, through May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T

**IT IS SO ORDERED.**

By the Court,

Dated: April 2, 2012  /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge