DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ANTHONY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-cr-214 JAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING ) CASE |
| MICHAEL ANTHONY HERNANDEZ, JESUS RODRIGUEZ GARIBAY | ) ) Date: June 26, 2012 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: John A. Mendez |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, Michael Pratt, counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for June 26, 2012, be vacated and the matter continued to July 31, 2012 at 9:45 a.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial.

The court is advised that the government has complied with a recent additional discovery request, and that efforts to arrange for further consultation on terms of possible resolution without trial

continues to be sought.  One cause of delay has been the unavailability to Mr. Hitt of his case agent, whose input is significant for purposes of evaluating tentatively proposed terms of settlement.

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of negotiations and of defense preparation. For those reasons the court is requested to find that the interests of justice served by granting this continuance from June 26, 2012, through July 31, 2012 outweigh the interests of the defendant and the public in a speedy trial and that time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4 should be excluded.

**IT IS SO STIPULATED**.

Dated:  June 25, 2012        /S/ *Jason S. Hitt*
                             Jason S. Hitt
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated:  June 25, 2012        /S/ *Jeffrey L. Staniels*
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             MICHAEL ANTHONY HERNANDEZ

Dated:  June 25, 2012        /S/ *Michael E. Platt*
                             Counsel for Defendant
                             JESUS RODRIGUEZ GARIBAY

# O R D E R

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the

Stipulation and Proposed Order    -2-

interests of the defendants and the public in a speedy trial.  The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from June 26, 2012, through July 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T

**IT IS SO ORDERED.**

By the Court,

Dated:  June 25, 2012    /s/ John A. Mendez
                         Hon. John A. Mendez
                         United States District Court Judge

Stipulation and Proposed Order   -3-