1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

5

6 | Attorney for Defendant
MICHAEL ANTHONY HERNANDEZ

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

UNITED STATES OF AMERICA,      )  No. 2:11-cr-214 JAM
12                             )
                Plaintiff,     )
13                             )  STIPULATION AND ORDER CONTINUING
      v.                       )  CASE
14                             )
MICHAEL ANTHONY HERNANDEZ,     )
15 | JESUS RODRIGUEZ GARIBAY        )  Date:  July 31, 2012
                               )  Time:  9:30 a.m.
16              Defendants.     )  Judge: John A. Mendez
   _____ )
17

18        **IT IS HEREBY STIPULATED** by and among Assistant United States

19   Attorney Jason S. Hitt, counsel for Plaintiff, Michael Pratt, counsel

20   for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels,

21   counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status

22   conference now set for July 31, 2012, be vacated and the matter

23   continued to September 18, 2012 at 9:45 a.m., to allow further time for

24   defense preparation and consultation concerning possible terms of

25   resolution of these charges without trial.

26        The court is advised that efforts to agree on terms of possible

27   resolution without trial continue to be sought, and it is believed that

28   progress toward that goal is being made with respect to both

1  defendants.  One cause of delay has been the unavailability until very
2  recently to Mr. Hitt of his case agent, whose input is significant for
3  purposes of evaluating tentatively proposed terms of settlement. In
4  addition both defendants are housed at the Butte County jail which
5  complicates the planning needed to consult with them.

6      **IT IS FURTHER STIPULATED** that a continuance is reasonably
7  necessary given the current state of negotiations and of defense
8  preparation. For those reasons the court is requested to find that the
9  interests of justice served by granting this continuance from July 31,
10 2012, through September 18, 2012 outweigh the interests of the
11 defendant and the public in a speedy trial and that time within which
12 the trial of this matter must be commenced under the Speedy Trial Act,
13 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &
14 (B)(iv) and  Local Code T-4 should be excluded.

15     **IT IS SO STIPULATED**.

16

17 Dated:  July 30, 2012         /S/ *Jason S. Hitt*
                                 Jason S. Hitt
18                               Assistant United States Attorney
                                 Counsel for Plaintiff
19

20 Dated:  July 30, 2012         /S/ *Jeffrey L. Staniels*
                                 Jeffrey L. Staniels
21                               Assistant Federal Defender
                                 Counsel for Defendant
22                               MICHAEL ANTHONY HERNANDEZ

23
   Dated:  July 30, 2012         /S/ *Michael E. Platt*
24                               Counsel for Defendant
                                 JESUS RODRIGUEZ GARIBAY
25

26                           **O R D E R**

27

28     Based on the above representations of counsel the court finds that

Stipulation and Proposed Order    -2-

1 the requested continuance is appropriate and that the interests of the
2 government and the defense in granting this continuance outweigh the
3 interests of the defendants and the public in a speedy trial.  The
4 requested continuance is therefore GRANTED. Time for trial under the
5 Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from July 31,
6 2012, through September 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)
7 & (B)(iv) and  Local Code T

**IT IS SO ORDERED.**

By the Court,

Dated:  July 30, 2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge