1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL ANTHONY HERNANDEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) No. 2:11-cr-214 JAM
                                     )
11              Plaintiff,           )
                                     ) STIPULATION AND ORDER CONTINUING
12      v.                           ) CASE
                                     )
13  MICHAEL ANTHONY HERNANDEZ,       )
    JESUS RODRIGUEZ GARIBAY          ) Date:  November 6, 2012
14                                   ) Time:  9:45 a.m.
                Defendants.          ) Judge: John A. Mendez
15  _____ )

16

17       **IT IS HEREBY STIPULATED** by and among Assistant United States

    Attorney Jason S. Hitt, counsel for Plaintiff, Gilbert A. Roque,
18
    counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L.
19
    Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the
20
    status conference now set for November 6, 2012, be vacated and the
21
    matter continued to Decemeber 11, 2012 at 9:45 a.m., to allow further
22
    time for defense preparation and consultation concerning possible terms
23
    of resolution of these charges without trial.
24
         The court is advised that efforts to agree on terms of possible
25
    resolution without trial continue to be sought, and it is believed that
26
    progress toward that goal is being made with respect to both
27
    defendants. Recent delay has been caused in part by the unavailability
28

1   to Mr. Garibay's former attorney, due to illness.  Nevertheless, Mr.

2   Hitt has advised that a written offer is in the works and should be

3   disclosed in the near future.  On that basis, it is believed that

4   acceptable terms of non-trial disposition will be reached before the

5   next appearance.

6           **IT IS FURTHER STIPULATED** that a continuance is reasonably

7   necessary given the current state of negotiations and of defense

8   preparation. For those reasons the court is requested to find that the

9   interests of justice served by granting this continuance from November

10  6, 2012, through Decemeber 11, 2012 outweigh the interests of the

11  defendant and the public in a speedy trial and that time within which

12  the trial of this matter must be commenced under the Speedy Trial Act,

13  18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &

14  (B)(iv) and  Local Code T-4 should be excluded.

15          **IT IS SO STIPULATED**.

16

17  Dated:  July 30, 2012              /S/ *Jason S. Hitt*
                                       Jason S. Hitt
18                                     Assistant United States Attorney
                                       Counsel for Plaintiff
19

20  Dated:  July 30, 2012              /S/ *Jeffrey L. Staniels*
                                       Jeffrey L. Staniels
21                                     Assistant Federal Defender
                                       Counsel for Defendant
22                                     MICHAEL ANTHONY HERNANDEZ

23

24  Dated:  July 30, 2012              /S/*Gilbert A. Roque*
                                       Gilbert A. Roque
                                       Counsel for Defendant
25                                     JESUS RODRIGUEZ GARIBAY

26
                                **O R D E R**
27

28      Based on the above representations of counsel the court finds that

the requested continuance is appropriate and that the interests of the

Stipulation and Proposed Order    -2-

government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial.  The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from November 6, 2012, through December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4.

**IT IS SO ORDERED**.

By the Court,


Dated:  November 5, 2012          /s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge

Stipulation and Proposed Order     -3-