```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL ANTHONY HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-214 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| MICHAEL ANTHONY HERNANDEZ, ) | |
| JESUS RODRIGUEZ GARIBAY ) | Date: December 11, 2012 |
| ) | Time: 9:45 a.m. |
| Defendants. ) | Judge: John A. Mendez |
| _____) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jason S. Hitt, counsel for Plaintiff, Gilbert A. Roque, counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, MICHAEL ANTHONY HERNANDEZ, that the status conference now set for December 11, 2012, be vacated and the matter continued to January 8, 2013 at 9:45 a.m., to allow further time for defense preparation and consultation concerning possible terms of resolution of these charges without trial.

The court is advised that Mr. Hitt expects to transmit a proposed plea agreement this week with respect to Mr. Hernandez only. Recently appointed counsel for Mr. Garibay has advised that a determination how to proceed in that aspect of the case must await some further

preparation, as well as further client consultation and discussion with the government.

**IT IS FURTHER STIPULATED** that a continuance is reasonably necessary given the current state of negotiations and of defense preparation. For those reasons the court is requested to find that the interests of justice served by granting this continuance from December 11, 2012, through January 8, 2013 outweigh the interests of the defendants and the public in a speedy trial and that time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4.

**IT IS SO STIPULATED**.

Dated: December 10, 2012  /S/ *Jason S. Hitt*
Jason S. Hitt
Assistant United States Attorney
Counsel for Plaintiff

Dated: December 10, 2012  /S/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
MICHAEL ANTHONY HERNANDEZ

Dated: December 10, 2012  /S/*Gilbert A. Roque*
Gilbert A. Roque
Counsel for Defendant
JESUS RODRIGUEZ GARIBAY

**O R D E R**

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED. Time for trial under the

Stipulation and Proposed Order    -2-

Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.*, is excluded from December 11, 2012, through January 8, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: December 10, 2012　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　United States District Court Judge

Stipulation and Proposed Order　-3-